# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 13, 2015

## NO. 03-12-00730-CR

**Johnny Gabriel Castro, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM 403RD DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES PURYEAR AND GOODWIN
## AFFIRMED IN PART; VACATED IN PART -- OPINION BY CHIEF JUSTICE ROSE

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was error in the trial court's judgment of conviction for both capital murder and murder of the same victim. Therefore, the Court vacates the conviction and sentence for the lesser-included offense of murder and affirms the trial court's judgment of conviction in all other respects. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.